# United States Court of Appeals
# for the Fifth Circuit

No. 25-60129

United States Court of Appeals
Fifth Circuit
**FILED**
July 21, 2025
Lyle W. Cayce
Clerk

Texas Association of Business; Texas Cable Association,

*Petitioners,*

versus

Federal Communications Commission; United States of America,

*Respondents.*

_____

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 25-9

_____

ORDER:

IT IS ORDERED that Respondents' unopposed motion to stay case pending the FCC's disposition of the petition for reconsideration of the agency order under review is GRANTED.

_____
Edith H. Jones
*United States Circuit Judge*