IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF BUSINESS and TEXAS CABLE ASSOCIATION, | ) ) ) | |
| *Petitioners*, | ) ) ) | |
| v. | ) ) | Case No. 25-60129 |
| FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| *Respondents*. | ) | |

## JOINT STATUS REPORT

The parties jointly provide the Court with the following status report.

**1.** Petitioners Texas Association of Business and Texas Cable Association petitioned this Court for review of an FCC order, captioned *Protecting the Nation's Communications Systems from Cybersecurity Threats*, Declaratory Ruling and Notice of Proposed Rulemaking, PS Docket No. 22-329 (rel. Jan. 16, 2025), on March 17, 2025. They filed their opening brief on June 9. Respondents subsequently filed an unopposed motion to hold this case in abeyance while the FCC addressed a pending petition for reconsideration of the order at issue. The Court granted that motion on July 21, 2025.

**2.** On November 21, 2025, the Commission released an order granting the petition for reconsideration and rescinding the order challenged by petitioners.

1

*Protecting the Nation's Communications Systems from Cybersecurity Threats*, Order on Reconsideration, PS Docket No. 22-329, FCC 25-81 (rel. Nov. 21, 2025). A summary of the order on reconsideration was published in the Federal Register on December 15, 2025. 90 Fed. Reg. 58,006.

**3.** The parties respectfully request that this case remain in abeyance until either the 60-day period for parties to petition for review of the reconsideration order expires without the filing of any petition, *see* 28 U.S.C. § 2344, or until judicial review of any timely filed petition, up to and including review by the United States Supreme Court, has concluded. The resolution of any such petition for review may have implications for the disposition of the petition filed in this Court. If this case remains in abeyance, the parties will file a further status report within 60 days of the filing of this status report, and we will notify the Court at that time of any further relevant developments.

December 23, 2025

*/s/ James M. Carr*
D. Adam Candeub
  General Counsel
Jacob M. Lewis
  Associate General Counsel
James M. Carr
  Counsel
**FEDERAL COMMUNICATIONS COMMISSION**
45 L Street, NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Counsel for the Federal Communications Commission*

*/s/ Sharon Swingle*
Sharon Swingle
United States Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530

*Counsel for the United States*

Respectfully submitted,

*/s/ Thomas M. Johnson, Jr.*
Thomas M. Johnson, Jr.
  *Counsel of Record*
Megan L. Brown
Joshua S. Turner
Kathleen E. Scott
Boyd Garriott
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
(202) 719-7000
TMJohnson@wiley.law

*Counsel for Petitioners*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify:

This Joint Status Report complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 284 words.

This Joint Status Report also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word in 14-point proportionally spaced Times New Roman font.  *See* Fed. R. App. P. 27(d)(1)(E).

December 23, 2025                          */s/ Thomas M. Johnson, Jr.*
                                                      Thomas M. Johnson, Jr.

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>*/s/ Thomas M. Johnson, Jr.*</u>
Thomas M. Johnson, Jr.