# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| TEXAS ASSOCIATION OF BUSINESS and TEXAS CABLE ASSOCIATION, | ) ) ) | |
| *Petitioners*, | ) ) | |
| v. | ) ) | Case No. 25-60129 |
| FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, | ) ) ) ) | |
| *Respondents*. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties agree to dismiss the appeal. Each party shall bear its own costs.

| | |
|---|---|
| February 23, 2026 | Respectfully submitted, |
| | |
| */s/ James M. Carr* | */s/ Thomas M. Johnson, Jr.* |
| D. Adam Candeub | Thomas M. Johnson, Jr. |
|   General Counsel |   *Counsel of Record* |
| Jacob M. Lewis | Megan L. Brown |
|   Associate General Counsel | Joshua S. Turner |
| James M. Carr | Kathleen E. Scott |
|   Counsel | Boyd Garriott |
| **FEDERAL COMMUNICATIONS COMMISSION** | **WILEY REIN LLP** |
| 45 L Street, NE | 2050 M Street NW |
| Washington, DC 20554 | Washington, DC 20036 |
| (202) 418-1740 | (202) 719-7000 |
| fcclitigation@fcc.gov | TMJohnson@wiley.law |
| | |
| *Counsel for the Federal Communications Commission* | *Counsel for Petitioners* |

*/s/ Sharon Swingle*
Sharon Swingle
United States Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I certify that on February 23, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Thomas M. Johnson, Jr.*
Thomas M. Johnson, Jr.