# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 25, 2026

```
No. 25-60129    Texas Assoc Bus v. FCC
                USDC No. 25-9
```

Dear

Enclosed is a copy of the dismissal order.

```
                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Amanda M. Duroncelet, Deputy Clerk
                504-310-7636
```